UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FILED - MQ
May 9, 2024 11:37 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___slk___ / 5/9/24

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DYLAN KENNETH WAGNER,
JASON ARDEN ALLARD, and
SCOTT WARREN ALLARD,

   Defendants.
_____/

2:24-mj-29

Maarten Vermaat - Magistrate Judge

**CLASS B MISDEMEANOR INFORMATION (PETTY OFFENSES)**

The United States Attorney charges:

## COUNT 1
### (Lighting, Tending, or Using a Fire Causing Damage to Real Property)

On or about August 12 and 13, 2022, in the Northern Division of the Western District of Michigan, the defendants,

**DYLAN KENNETH WAGNER,
JASON ARDEN ALLARD, and
SCOTT WARREN ALLARD,**

lit, tended, and used a fire within the boundaries of Isle Royale National Park in a manner that caused damage to and resulted in the burning of real property and created a public safety hazard. Such fire was located north of the junction of the Mount Franklin and Tobin Harbor Trails.

**36 CFR § 2.13(a)(3)
36 CFR § 1.3
18 U.S.C. § 1865(a)
54 U.S.C. § 100751(a)**

**COUNT 2**
**(Violating Conditions Established by the Superintendent)**

On or about August 12 and 13, 2022, in the Northern Division of the Western District of Michigan, the defendants,

**DYLAN KENNETH WAGNER,**
**JASON ARDEN ALLARD, and**
**SCOTT WARREN ALLARD,**

while within the boundaries of Isle Royale National Park, at a location north of the junction of the Mount Franklin and Tobin Harbor Trails, violated conditions established by the park superintendent, including the condition that fires are permitted only in provided grills and metal rings and the condition that cross-country campsites must be one quarter mile from any trail and portage.

**36 CFR § 2.10(a)**
**36 CFR § 2.10(b)(9)**
**36 CFR § 1.3**
**18 U.S.C. § 1865(a)**
**54 U.S.C. § 100751(a)**

MARK A. TOTTEN
United States Attorney

Date: 5/8/2024

HANNA L. RUTKOWSKI
Assistant United States Attorney

2