UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DYLAN KENNETH WAGNER,
JASON ARDEN ALLARD, and
SCOTT WARREN ALLARD,

       Defendants.

_____/

Case No. 2:24-mj-29
Hon. Maarten Vermaat

CLASS B
MISDEMEANOR INFORMATION
(PETTY OFFENSES)

**PENALTY SHEET**

**Count 1: Lighting, Tending, or Using a Fire Causing Damage to Real Property, 36 CFR 2.13(a)(3)**

**Penalty:** Not more than 6 months' imprisonment and not more than a $5,000 fine [18 U.S.C. §§ 1865(a), 3571(b)(6)]

**Probation:** Not more than five years [18 U.S.C. § 3561(c)(2)]

**Special Assessment:** $10 [18 U.S.C. § 3013(a)(1)(A)(ii)]

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**Other:** Costs of the proceedings (mandatory) [18 U.S.C. § 1865(a)]


**Count 2: Violating Conditions Established by the Superintendent, 36 CFR 2.10(b)(9)**

**Penalty:** Not more than 6 months' imprisonment and not more than a $5,000 fine [18 U.S.C. §§ 1865(a), 3571(b)(6)]

**Probation:** Not more than five years [18 U.S.C. § 3561(c)(2)]

**Special Assessment:** $10 [18 U.S.C. § 3013(a)(1)(A)(ii)]

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**Other:** Costs of the proceedings (mandatory) [18 U.S.C. § 1865(a)]


Date:  May 10, 2024

                                                /s/ *Hanna L. Rutkowski*
                                                Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046